# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| JAMES LEE HALL La Koasttanosta, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>CUMBERLAND COUNTY and )<br>WAKE COUNTY, )<br>        Defendants. ) | **JUDGMENT**<br><br>No. 5:17-CV-348-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 1, 2017, and for the reasons set forth more specifically therein, that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on December 1, 2017, and Copies To:**
James Lee Hall (via U.S. Mail) 2004 W. Bobe St., Pensacola, FL 32501

December 1, 2017                      PETER A. MOORE, JR., CLERK
                                           /s/ Susan W. Tripp
                                        (By) Susan W. Tripp, Deputy Clerk